A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

FILED

OCT 2 4 2011

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MR. RUSSELL PAYTON

296635
Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

N. BURL CAIN, WARDEN
ROBERT BUTLER, A/W
JAMES SAVOY, C/O. LT.
DAVIS, C/O. MAJ.
WOODS, C/O. SGT.
FRANKLIN, C/O. SGT.
LEMINDA LACKIE, C/O EMT.SGT.
MARI DODE, C/O EMT. SGT.
JOE ROUNDTREE, C/O M.D.O.

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 2 50.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No ( ✓ )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____ N/a _____

   Defendant(s): _____ N/a _____

2. Court (if federal court, name the district; if state court, name the parish):
   _____ N/a _____

3. Docket number: _____ N/a _____

4. Name of judge to whom case was assigned: _____ N/a _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____ *N/d* _____

6. Date of filing lawsuit: _____ *N/d*
7. Date of disposition: _____ *N/d*

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( )    No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____ *N/d* _____

II.    Place of present confinement: *La. State Penitentiary*

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. *LSP 2011 2324*

2. What steps did you take? *Step 1-2 of the administrative Remedy Procedures*

3. What was the result? *Denied at all steps.*

D. If your answer is No, explain why not: _____

3

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s) *MR. Russell Payton #296635*
    Address *La. State Prison/ General Delivery / Angola, La 20722*
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B.  Defendant *N. Burl Cain* is employed as *Warden* at *La. State Penitentiary*
C.  Additional Defendants: *Robert Buller, d/w, James Savoy, % LT, Dars % Maj., Woods % sgt., Franklin % sgt., Leminda Lackie % EMT sgt., Mari Dodd % EMT sgt., Joe Roundtree % M.D.D are all employed at the Louisiana State Penitentiary*

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. <u>Do not given any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*See Attached Documents*

4

V.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.  Attach no exhibits.  _SEE THE ATTACHED DOCUMENTS_

VI.    Plaintiff's Declaration

1.  I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2.  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3.  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __20__ day of ____Oct____, 200_11_.

_MR. R. Payton_
_Mr. Russell Payton_
Signature of plaintiff(s)

5

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON #296635       CIV. ACTION NO: _____

VERSUS                       THIS IS CIVIL RIGHT COMPLAINT
                             WITH A JURY TRIAL DEMANED

N. BURL CAIN, WARDEN
ROBERT BUTLER, ASSIST. WARDEN
JAMES SAVOY, C/O LIEUTENANT
DAVIS , C/O MAJOR
WOODS , C/O SERGEANT
FRANKLIN, C/O SERGENANT
LEMINDA LACKIE, C/O EMT SERGEANT
MARI DODE, C/O EMT SERGEANT
JOE ROUNDTREE, C/O M.D. DIRECTOR

        This is a subsec. 1983 action filed by
Russell Payton, a state prisoner, alleging an
intentional violations of established constitutional
Rights prescribed by the (8th.) and (14th.)
amendment, and seek compensatory and punitive
damages, declartory judgment and injunction
Relief. Plaintiff request a trial by jury.

## JURISDICTION

1.    This is a Civil Rights action pursuant to 42 U.S.C. subsec. 1983. This Court has jurisdiction pursuant to 28 U.S.C. subsec. 1343(a) (3). Plaintiff also invokes this Court's pending jurisdiction.

## PARTIES

2.    Plaintiff Russell Payton #296635 is currently incarcerated at the Louisiana State Penitentiary, Camp-J, Angola, Louisiana.

3.    Defendant N. Burl Cain is currently employed at the Louisiana State Penitentiary, Angola, Louisiana. He has the position as head warden and, is responsible for assuring that officers receive proper training. He is further responsible for overseeing the operation of the penitentiary. He is being sued in his individual and official capacity.

4.    Defendant Robert Butler is currently employed at the Louisiana State Penitentiary, Angola, Louisiana. He has the position as assistant warden of Camp-C, and is responsible for overseeing the operation/management of

Camp-C. HE is being Sued in his individual and, official capacity.

5.      Defendant James Savoy is currently employed at the Louisiana State Penitentiary, Angola, Louisiana. HE has the position as Lieutenant. HE is being sued in his individual and official capacity.

6.      Defendant Davis is currently employed at the Louisiana state Penitentiary, Angola, Louisiana. HE the position as "major"; and is Responsible for supervising security staff of camp-c. HE is being sued in his individual and official capacity.

7.      Defendant Woods is currently employed at the Louisiana state Penitentiary, Angola, Louisiana. HE has the position as "sergeant." HE is being sued in his individual and official Capacity.

8.      Defendant Franklin is currently employed at the Louisiana state Penitentiary, Angola, Louisiana. HE has the position as "sergeant. HE is being sued in his individual and official Capacity.

9.      Defendant Leminda Lackie is currently employed at the Louisiana state Penitentiary, angola, Louisiana. She has the position as "Sergeant E.m.T. Basic" License No. B2770490, and is Responsible for assurring that all persons entrusted into her care receives adequate medical treatment/care. She is being sued in her individual and official capacity.

10.      Defendant Mari Dode is currently employed at the Louisiana state Penitentiary, angola, Louisiana. She has the position as "Sergeant E.m.T. Basic" License No. unknown, and is Responsible for assurring that all persons entrusted into her care, receives adequate medical treatment / care. She is being sued in her individual and official capacity.

11.      Defendant Joe Roundtree is currently employed at the Louisiana state Penitentiary, angola, Louisiana. He has the position as medical Director, and is Responsible for assurring that all medical staff carries out their official obligations and, assure

that all persons entrusted into his care receives adequate medical treatment/care. He is being sued in his individual and, official capacity.

22.    All named defendants herein have acted "UNDER COLOR OF STATE LAW," during all times relevant to this civil complaint.

### FACTUAL ALLEGATIONS

23.    Plaintiff avers that, on or about May 1st., 2011, upon exiting Tiger 3-4 cellblock to the cellblock yard for recreation. Plaintiff was waved over for a routine patdown search conducted by Defendant James Savoy.

24.    Plaintiff avers that, upon placing his hands on the fence as told, Defendant James Savoy thoroughly searched Plaintiff's clothing and discovered that Plaintiff had something in his front right pocket, that was identified as marijuana.

25.    After retrieving the discovered drugs out the possession of Plaintiff, Defendant James Savoy stated in a very aggressive tone

"that Plaintiff better keep his 'damn hands' on the fence if he (Plaintiff) knew what's best."

26.    Plaintiff avers that, he had complied as directed, while Defendant James Savoy notified other security personnels of camp-c, security staff... Officers assisting Defendant James Savoy was Defendants Franklin and Woods.

27.    Plaintiff avers that, Defendant Davis arrived very shortly, there-after. the time of the developing incident was approxi. 5:00 to 5:15 p.m., after Plaintiff were placed in wrists restraints by Defendant James Savoy without force.

28.    Plaintiff avers that, after being placed in wrist restraints by Defendants James Savoy, Defendant Davis asked Plaintiff where did he get the marijuana, and who was/are dealing drugs in his (Defendant Davis') camp.

29.    Plaintiff avers that, he refused to give the information as demaned by Defendant Davis by practicing his (Plaintiff) rights to remain silent.

20.    Plaintiff avers that, as a result of exercising his Constitutional Rights to remain silent, Defendant Davis intentionally pushed Plaintiff, while restrained behind his back, causing him (plaintiff) to whole bodily tumble over two (2) complete times on the ground.

21.    Plaintiff avers that, at this time, Defendant James Savoy stated: "Mother Fucker, where'd you get the marijuana..." while on the ground, Plaintiff stated to both Defendants James Savoy and, Davis, that he (Plaintiff) had nothing to say, and why the hell did they pushed him down like that.

22.    Plaintiff avers that, Defendant Davis said to the plaintiff in a very low threatening growl-ing voice: "Mother Fucker, you're going to tell where you got it from..." then punched the Plaintiff with his closed Right fist on the left side of his (Plaintiff's) jaw.

23.    Plaintiff avers that, Defendant Davis struck him, nearly knocking Plaintiff into an unconscious state, and further causing pain to flare through his wrists which grew

higher Resulting from the Restraints tightening to where the blood circulation in both hands where being cut off.

24.    Plaintiff avers that, at this time he feared for his safety and... thus tried to cry out for help from others standing around, but was never given.

25.    Plaintiff avers that, Defendant Davis then stated to him: "Shut your damn mouth before I close it for...." Plaintiff avers that, he then pleaded to Defendant Davis's by stating: "all I had was some marijuana, this shit is uncalled for", and that's when Defendant James Savoy maliciously / sadistically kicked him (Plaintiff) in the stomach, knocking the air out him.

26.    Plaintiff avers that, at this moment Defendant Franklin kicked him (Plaintiff) in the back (spinal area).

27.    Plaintiff avers that, after being initially assaulted by the mentioned Defendants, Defendant Davis then ordered Defendants

Franklin, Woods and, James Savoy to take Plaintiff to Tiger 1-2 dungeon. During this time, Plaintiff avers that, Defendants Woods and, Franklin begane draging him, inflicting more pain upon him.

28. Plaintiff avers that, after being brutally dragged to the adm., seg. unit, (Tiger 1-2) and placed in the shower on 1 Right booth teer. Defendants Davis, James Savoy, Woods and Franklin commenced to further their brutal assualt upon him (plaintiff) by kicking and punching him beyond a hostile manner "outside of their job discription.

29. Plaintiff avers that, he just laid nearly unconscious after being brutally beaten by the mentioned Defendant, in the shower with his hands still behind his back and, unable to move.

30. Plaintiff avers that, Defendants Leminda Lackie and, Mari Dode arrived taking their duty in full care... Plaintiff avers that, Defendant Leminda Lackie stated that:" the Plaintiff herein, best not make a trip to the

hospital on her/this shift, because they just might kill him (Plaintiff) in this dungeon. So wait until tomorrow..."

31. Plaintiff avers that, out of strick fear for his life, as the product of Defendants Leminda Lackie's threat. Plaintiff made an Emergency Medical Request on May 2nd, 2011,[1] the day after being physically assaulted.

32. Plaintiff avers that, on or about June 25th, 2011, he filed a written request for adm., Remedy Procedures[2] to Defendant N. Burl Cain, outlining the intentional violations of his (Plaintiff's) well established Constitutional (8th.) amendment Rights, in which placed Defendant Cain on direct notice.

33. Plaintiff avers that, Defendant Robert Butler were also placed on notice upon his (Defendant's Butler) Reception of said Request for adm., Remedy Procedure,[3] in which both Defendants N. Burl Cain, nor Robert Butler failed to take corrective actions thereof.

---

1) See sick-call slip documented in medical records of Plaintiff's.
2) See administrative Remedy Procedures # LSP-2011-1324.
3) See Defendant Robert Butler's authorization on A.R.P. NO: LSP-2011-1324

34.    Plaintiff avers that, Defendant Joe Roundtree, in the conduction of his duties as medical doctor ... failed to adequately treat his (Plaintiff's) physical injuries where X-Raies officially showed that the plaintiff, as the result of the brutal assualt, suffered a broken Right hand ... constituting an act of deliberate indifference.

35.    Plaintiff avers that, Defendant Joe Roundtree in essence, merely just looked him (Plaintiff) over marking off areas where Plaintiff received cuts and scrapes... Thus ordering pain medication for said injurie sustained.

36.    Plaintiff avers that, as a result of the May 1st, 2011, brutal assualt conducted the Defendants mentioned in paragraphs 23-29. He suffered the following injuries towit: 1) a broken Right hand. 2) Right shoulder injury. 3) swelling to left side of the jaw. 4) scrapes behind both ears. 5) scrapes on both knees. 6) Cuts on both wrist and, ankles.

## CLAIMS

### PLAINTIFF'S FIRST CAUSE OF ACTION

37. The actions of Defendants stated in paragraphs 23-29 deprived Plaintiff his eighth (8th.) amendment Rights.

38. Plaintiff avers that, his Eighth (8th.) amendment Rights against excessive force was violated when:

"Defendants Davis, Savoy, Franklin and woods intentionally beat him while Restrained behind his back, as the Result of the Plaintiff's Refusal to disclose information in Reference to the discovered marijuana... Leaving Plaintiff Nearly unconscious."

## CLAIMS

### PLAINTIFF'S SECOND CAUSE OF ACTION

39. The actions of Defendants stated in paragraphs 30-32 deprived Plaintiff of his Eighth (8th.) amendment Rights.

40. Plaintiff avers that, his Eighth (8th.) amendment Rights to adequate medical care

was violated when:

"Defendants LeMinda Lackie, and Mari Dode Refused to Treat Plaintiff For injurie he'd Sustained From being brutially assualted... Instead, both Defendants advised Plaintiff if he tried going to the hospital, that, he'd surely be dead before arrival (D.B.a.)"

" Defendants LeMinda Lackie, Mari Dode intentional falsified documents so as to assert that, Plaintiff Refused Treatment of his injurie, when Plaintiff in fact did not Refuse such medical treatment."

## CLAIMS
### PLAINTIFF's THIRD CAUSE OF ACTION

41. The actions of Defendants stated in paragraphs 32-33 deprived Plaintiff of his Eighth (8th.) amendment Rights.

42. Plaintiff avers that, his Eighth (8th.)

Amendment Rights was violated when:
"Defendants N. Burl Cain, and
Robert Butler .... after being
placed on notice via Plaintiff's
adm. Remedy Procedures (a.R.P.) ...
Intentionally failed to correct
the violations of Plaintiff's
established constitutional Rights
by taking corrective action
thereof. ..."

## CLAIMS
### PLAINTIFF'S FOURTH CAUSE OF ACTION

43.    The action Defendant stated in
paragraphs 34-35 deprived Plaintiff's his
eighth (8th.) amendment Rights.

44.    Plaintiff avers that, his eighth (8th.)
amendment Rights was violated when:
"Defendant DR. JOE RoundTree
intentionally ignored Plaintiff's
serious medical needs, even
after X-Ray identified that
Plaintiff suffered a broken
Right hand."

## RELIEF / PRAYERS

WHEREFORE, Plaintiff prays that, this HON. COURT grant him the following relief:

a)    ISSUE an injunction ordering that Defendants herein OR their agents to:

     a1)    REFRAIN FROM using excessive force against Plaintiff except when immediately necessary to PREVENT injury, death OR the destruction of valuable state property.

     a2)    Implement a policy that REQUIRE the use of an cam. RECORDER before the use of any form of force against an offender within the Louisiana state penitentiary.

B)    ISSUE a declaratory judgment that the Defendants violated the United states Constitution and, state / federal Law and, Plaintiff's Rights when they:

     b1)    used unreasonable force against Plaintiff while posing

NO threat physically or penologically, and while physically restrained behind his back.

b2)     Intentionally denie the plaintiff medical treatment of his serious medical needs.

b3)     Intentional failed to take corrective actions to remedy the violations / deprivation of plaintiff's federal protected constitutional rights upon being notified via (d.R.P.)

C)     Plaintiff be grant compensatory damage in the following amounts:
C2)     $26,000.00 against Defendants Davis, Franklin, woods, and savoy individually.

C2)     $25,000.00 against the Defendants mari Dode, and Leminda Lackie individually.

C3)     $25,000.00 against the

Defendants N. Burl Cain and, Robert Butler individually.

(4)   $30,000.00 against the Defendant Dr. Joe Roundtree individually.

D)   Grant Plaintiff punitive damages in the amount of 200,000 against each defendant stated herein.

E)   Grant such other relief as it may appear Plaintiff is deemed entitled.

Respectfully submitted:
s) Russell Payton
MR. RUSSELL PAYTON #296635
LOUISIANA STATE PRISON
GENERAL DELIVERY
ANGOLA , LA 70712

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MR. RUSSELL PAYTON #296635    CIV. ACTION NO: _____

VERSUS                  DECLARATION OF PLAINTIFF
                        IN SUPPORT OF COMPLAINT

N. BURL CAIN, ETAL.

_____/

        PURSUANT TO 28 U.S.C. § 1746, I Russell
Payton #296635 declare and verify under
penalty of perjury under the laws of the
United States of America that, the foregoing
is TRUE AND CORRECT. EXECUTED ON 20
OCT 2011.

                        s) Russell Payton
                        _____
                        MR. RUSSELL PAYTON #296635

_____/

Mr. Russel
Camp-J Cuca I-K-II
La. State Penn
Angola, La. 70712



UNITED STATES POSTAGE
62 1M
0004233973   OCT 21 2011
$ 01.88⁰
MAILED FROM ZIP CODE 70712

Mr. Richard T. Martin
  CLERK of Court
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of Louisiana
~~P.O. Box 2630~~ 777 Florida St.
Baton Rouge. La. ~~70821~~
          70802

SCREENED
OK
U.S. MARSHAL