## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSSELL PAYTON**<br>**(DOC# 296635)** | **: CIVIL ACTION** |
| | **: NUMBER 11-CV-00726 -JJB-CN** |
| **VERSUS** | |
| | **: JUDGE JAMES J. BRADY** |
| **BURL CAIN, ET AL** | **: MAGISTRATE JUDGE NOLAND** |

## ANSWER WITH JURY DEMAND

**NOW INTO COURT,** through undersigned counsel, come defendants, Warden Burl N Cain; Asst. Warden Robert Butler; Lt. James Savoy, EMT Leminda Lackie and EMT Mari Dodge who deny every allegation contained in plaintiff's complaint, except those which may be specifically admitted hereinafter and further respond to inmate Payton Russell's complaint as follows:

## FIRST DEFENSE – LACK OF SUBJECT MATTER JURISDICTION

Plaintiff's complaint does not raise any facts, which rise to the level of a violation of the United States Constitution, a treaty or applicable federal law. A state law or policy alleged violated is insufficient grounds upon which this Court can exercise jurisdiction.

## SECOND DEFENSE – ELEVENTH AMENDMENT IMMUNITY

Defendants are party to this suit in name only. The real substantial party in interest is the State of Louisiana. The State of Louisiana does not consent to being sued in Federal Court and it asserts its immunity under the Eleventh Amendment

1

to the United States Constitution.  Eleventh Amendment immunity applies to the Louisiana Department of Public Safety and Corrections as it is an alter ego of the state.  Eleventh Amendment immunity applies to state officials and employees insofar as they are sued in their official capacities for monetary damages.

The Eleventh Amendment bars this court from hearing any of plaintiff's state law claims.  Plaintiff's state law claims against defendant allege that defendant state officials violated state law or state policy when acting in the course and scope of their employment.

**THIRD DEFENSE – QUALIFIED IMMUNITY**

If any defendant is found by the Court to have violated plaintiff's civil rights, then the defendants are entitled to qualified immunity.  Defendants conduct did not violate any of plaintiff's clearly established constitutional or statutory rights of which a reasonable person would have known and they acted reasonably under the circumstances.

**FOURTH DEFENSE – STATE LAW CLAIMS/JUDICIAL REVIEW**

In the alternative, if this Court finds that any state law claims should not be dismissed under the Eleventh Amendment, then plaintiff is only entitled to judicial review of the record of his ARP.  State law governs plaintiff's state law claims in this Court. Under state law, an offender who is aggrieved by the final agency decision concerning his ARP has recourse to the courts, but only in the form of judicial review of the record pursuant to La. R.S. 49:964.  Such review is limited solely to the record of the ARP.

**FIFTH DEFENSE – FAILURE TO EXHAUST ADMINISTRATVIE REMEDIES**

Plaintiff has multiple claims and has not exhausted his Administrative Remedy Procedure (ARP) as to the claims of medical Indifference, against EMT Leminda Lackie and EMT Mari Dodge or placed the prison officers on notice prior to the filing of this lawsuit.

**SIXTH DEFENSE – DENIAL OF RELIEF PRAYED FOR**

Plaintiff is not entitled to monetary, injunctive, or declaratory relief. Plaintiff is proceeding pro se.  He is therefore not entitled to attorney fees under 42 U.S.C. Section 1988.

Plaintiff is not entitled to declaratory or injunctive relief.

Plaintiff has not suffered physical injury in fact.

There exists no justifiable controversy imposed against the Plaintiff

**IN FURTHER ANSWER:**

1.

The allegations of plaintiff's complaint contained in Paragraph 3 entitled parties are admitted in the following specific facts only.

(1)     Plaintiff, Russell Payton DOC# 296635, is an inmate sentenced to the custody of the Louisiana Department of Public Safety and Corrections, and was confined  currently at Louisiana State Penitentiary  at all times relevant hereto;

3

(2)    Russell Payton was assigned Administrative Remedies Procedures numbered LSP 2011-1324 and no evidence were found to support his allegations, and his ARP were denied;

(3)    Burl N. Cain is the Warden at Louisiana State Penitentiary;

(4)    Robert Butler is employed by the Louisiana Department of Public Safety and Corrections as an Asst. Warden at Louisiana State Penitentiary;

(5)    Leminda Lackie is employed by the Louisiana Department of Public Safety and Corrections as an EMT at Louisiana State Penitentiary;

(6)    Mari Dodge is employed by the Louisiana Department of Public Safety and Corrections as an EMT at Louisiana State Penitentiary;

(7)    James Savoy is employed by the Louisiana Department of Public Safety and Corrections as a Lieutenant at Louisiana State Penitentiary;

2.

The allegations of plaintiff's compliant entitled "Statement of Claim" as contained in paragraph IV with its attachments are denied for lack of sufficient information to justify a reasonable belief therein.

3.

Defendants specifically deny any and all relief prayed for by the plaintiff.

4.

Defendants demand a trial by jury on all issues so triable.

4

5.

Defendants are entitled to recover reasonable expenses, including reasonable attorney fees, incurred for having to defend against this suit because it has no basis in law or in fact and such would have been apparent to plaintiff upon reasonable inquiry.

**WHEREFORE,** Defendants, the prison officers pray that judgment be rendered in their favor, dismissing Plaintiff's complaints at his cost.

Respectfully Submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

**BY:**    ***/s/ Tunde M. Animashaun***
**TUNDE M. ANIMASHAUN**
**ASSISTANT ATTORNEY GENERAL**
**Bar Roll # 19287**

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
1885 N. 3rd St. – Third Floor
P. O. Box 94005
Baton Rouge, LA  70804-9005
Telephone: (225) 326-6300
Fax: (225) 326-6495
Email Address:  anima-shaunt@ag.state.la.us

5

## CERTIFICATE OF SERVICE

I certify that on the 5th March 2012, I electronically filed the foregoing

Answer to Original Complaint using the court's CM/ECF System, which will

provide notice of electronic filing record to:

Russell Payton
DOC # 296635
Louisiana State Penitentiary
Angola, LA 70712

**/S/TUNDE M. ANIMASHAUN**
**TUNDE M. ANIMASHAUN**