**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RUSSELL PAYTON**<br>**(DOC# 296635)** | **: CIVIL ACTION** |
| | **: NUMBER 11-CV-00726 -JJB-CN** |
| **VERSUS** | |
| | **: JUDGE JAMES J. BRADY** |
| **BURL CAIN, ET AL** | **: MAGISTRATE JUDGE NOLAND** |

**MOTION TO SUBMIT DOCUMENTS**
**UNDER SEAL FOR IN CAMERA INSPECTION**

**NOW INTO COURT,** through undersigned counsel, come defendants**,** Warden Burl N Cain; Asst. Warden Robert Butler; Lt.  James Savoy, EMT Leminda Lackie and EMT Mari Dodge who respectfully requests that they be allowed to submit the attached document/ information contained therein to the Court under seal for in camera inspection for the following reasons:

1.

This motion concerns the response by the Defendants' to court's order as indicated in Record Docket #5.

2.

The response of the Defendants contained investigation reports, photos and institutional policy which are confidential, and prohibited to be release to any offender and are being submitted as Exhibit 2 (labeled Bates Stamp Numbers 23-70 and Exhibit 3 (labeled Bates Stamp Numbers 71-99).

1

3.

The institution has legitimate security concerns with regard to releasing these documents to any inmate. Additionally, this information combined with similar discovery in other cases could be used to develop patterns of activity. This information could be used to plan activities prohibited by the institution such as escapes, attacks on other inmates, etc.

**WHEREFORE,** defendants pray that they be allowed to submit their response to this Court under seal for in camera inspection.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

BY:  **s/TUNDE M. ANIMASHAUN**
        TUNDE M. ANIMASHAUN
        ASSISTANT ATTORNEY GENERAL
        BAR ROLL #19287

LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
P.O. BOX 94005
BATON ROUGE, LA 70804
TELEPHONE: (225) 326-6300
FAX: (225) 326-6495

## CERTIFICATE OF SERVICE

I certify that on the 5th day of April, 2012 the following Motion to Submit Documents Under Seal for In Camera Inspection was electronically filled with the United States District Court using the CM/ECF filling system which sent notice of such filling to the following:

Russell Payton
DOC # 296635
Louisiana State Penitentiary
Angola, LA 70712

s/ Tunde M. Animashaun
**TUNDE M. ANIMASHAUN**

3