BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

## INVESTIGATIVE SERVICES
### LAB WORKSHEET

Case # AIS-11-E-0300

**SUBJECT:** Offender Russell Payton, # 296635, Camp C Tiger 3 Right

**OFFENSE:** Contraband in Possession (Marijuana)

**DATE OF INCIDENT:** May 01, 2011

**SEARCH OFFICERS:** Lt. James Savoy

**EVIDENCE DESCRIPTION:** Plastic bag containing green leafy substance.

**WEIGHT:** 5.1 grams including packaging.

**LOCATION EVIDENCE FOUND:** On Inmate's person in left hand.

**REPORTING OFFICER:** Col. Bobby Achord

**TEST:** Narco 908 test

**TEST RESULTS:** Positive for Marijuana

*(EVIDENCE STORED IN EVIDENCE LOCKER)*

### NARRATIVE

On May 01, 2011 at approximately 5:05 P.M. Lt. James Savoy was shaking down the offenders as they were coming through the metal detector on Tiger 3 & 4 Unit. He was shaking down Offender Russell Payton # 296635 when he felt something in his front right pocket. He then ordered Offender Payton to empty his pockets but he ran away from Lt. Savoy on the Tiger ¾ yard. Lt. Savoy chased him, took him down and retrieved a clear plastic bag from his left hand. Lt. Savoy gave the suspect contraband to Col. Achord. Material tested positive for Marijuana using Narco Test # 908. Assistant Warden Dodd, Duty Warden, was notified. The West Feliciana Sheriff's office will be notified of this seizure via a fax to the WFSO Narcotics office. If a finding of guilty is determined in this case, restitution in the amount of $2.07 for Test # 908 may be applicable.

REFERRED: Warden Cain
D. Vannoy, Deputy Warden
L Dupont, Assistant Warden
J. Lamartiniere, Assistant Warden
T. Butler, Assistant Warden
WFSO
DB Office
File

Col. B. Achord

STATE'S
EXHIBIT
Blumberg No. 5138
3

Payton v. Cain, et al
USM 11-726
45

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

### NarcoPouch #908 Test for Marijuana/Hashish/THC
### Checklist Protocol and Results

SUBJECT: Russell Payton _____ CASE #: A15-11-E-0300

DOC #: 29 66 35 _____ DATE: 5-1-11 ____ EXAMINER: Cor B Arbot

## EXAMINER SHALL READ, PERFORM AND CHECK EACH STEP

☒ 1. Weight ____5.1____ (grams)        ☒ Including packaging

☒ 2. In the Officer's opinion, based upon circumstances of seizure and appearance of substance, indicates Marijuana/Hashish (presence of THC).

☒ 3. Hold the test with the printed side facing the operator.

☒ 4. Check that all three (3) ampoules within the test are intact and are located in the left to right order sequence of Clear, Clear and Clear.

☒ 5. Wearing disposable gloves, remove the plastic clip, open the test pouch and insert a small sample of the suspect material into the bottom of the test pouch.

☒ 6. Tap the pouch on a hard surface to move the suspect material into the bottom of the pouch and replace the plastic closure clip.

☒ 7. Break the left ampoule (middle of the ampoule) and agitate for sixty (60) seconds.

☒ 8. Observe the development of a Clear to Light Yellow color.

☒ 9. Break the middle ampoule (Clear) and agitate. You will observe the slow development of a Blue-Violet color. If no Blue-Violet color develops after sixty (60) seconds, STOP TESTING AND PROCEED TO STEP #13. Do not allow the color to become Dark Purple before proceeding to Step #10.

☒ 10. Break the right ampoule and agitate for five (5) seconds.

☒ 11. Tap the pouch firmly on a hard surface to clear the field and gently roll the pouch back in the opposite direction to a 45° angle and allow the two liquid levels to settle. Observe your color layering. The lower level MUST be PURPLE, the upper layer may be Light Blue, Dark Blue or Light Purple.

☒ 12. Result **POSITIVE** for Marijuana/Hashish and the presence of THC.

☐ 13. Result **INCONCLUSIVE** for Marijuana/Hashish and the presence of THC.

☒ 14. Dispose of the test pouch following Department policy.

☒ 15. Placed into evidence.        ☐ All material consumed during test.

Payton v. Cain, et al
USM 11-726
46

_____          _____
Examiner Signature                Witness Signature

02-01-2005  Developed from ODV Check list (NarcoPouch manufacturer) and directions on 908 NarcoPouch box.

296635        Last Name  PAYTON          First Name RUSSELL        Ini
  DOC

  Race B                J/A 1 L 18                      Housing Assignment
                                                        C TIG 3/R
Custody MAX  Class      J/A 2
                                                        Returned Quarters
                       J/A 3                            12/11/2010


LOC                    Physical Location
MSG
                       In Transit

LSP  AU Date 10/02/95          Authorization CBRB        Auth Date 10/07/2010

 CC LBR                                      EXTENDED DATE

 DOB   3/22/72    Shoe Size 13

MAIN  LAYOUT 08/04/2006

1       0       0

Payton v. Cain, et al
USM 11-726
47

Form C-05-001-W-1
25 February 2011

$R^{US}$

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
**(Category A, B, C Incidents)**

**INSTITUTION: LOUISIANA STATE PENITENTIARY**

| NAME<br>**Russell Payton** | NUMBER<br>296635 | DORM OR CELLBLOCK<br>Tiger 3 Right | DATE OF INCIDENT<br>**5-1-2011** | TIME OF INCIDENT<br>**5:05 p.m.** |
|---|---|---|---|---|
| **LOCATION OF INCIDENT**<br>**Tiger Unit Yard Gate** | | **WITNESSES**<br>**Major Daniel Davis** | | |

**TYPE OF INCIDENT – CHECK APPROPRIATE BOXES**

| Category A incidents: | Category B Incidents: | Category C Incidents: |
|---|---|---|
| ☐ Escape | ☐ Escapee Apprehended | ☐ Agg. Sex Offense |
| ☐ Death by other than natural | ☐ Death Due to Natural Causes | (Offender/Staff)* |
| causes | ☐ Expected | ☐ Agg. Sex Offense |
| ☐ Accident | ☐ Unexpected | (Offender/Offender)* |
| ☐ Violence | ☐ Gunshot–Shoot to disable(Class 1 ) | ☐ Staff/Civilian Sexual Misconduct* |
| ☐ Suicide | ☐ Assault with significant injury | ☐ Gunshot – Warning Shot (Class 11) |
| ☐ Assault resulting in life threatening | ☐ Offender on Staff | ☐ Self Defense – No Human |
| Injury | ☐ Offender on Offender | Injury or Death |
| ☐ Offender on Staff | ☐ With Weapon | ☐ Assault With no Significant Injury |
| ☐ Offender on Offender | ☐ Without Weapon | ☐ Offender on Staff |
| ☐ With Weapon | ☐ Attempted Suicide with | ☐ Offender on Offender |
| ☐ Without Weapon | Significant Injury | ☐ With Weapon |
| ☐ Staff Injured in Line of Duty | ☐ Chemical Agents – Group of | ☐ Without Weapon |
| ☐ Other | Offenders | ☒ Use of Force |
| ☐ Significant Property | ☐ Hunger Strike – Individual | ☐ Chemical Agents on Single |
| Damage | ☐ Hunger Strike – Organized | Offender |
| ☐ Hostage Situation | ☐ Use of Force w/Significant injury | ☐ Cell Entry Team (Elec. |
| ☐ Major Work Stoppage of | ☐ Lockdown of Limited Number | Shield |
| Offenders | of Offenders | ☐ Less Lethal Weapons |
| ☐ Employee Work Stoppage | ☐ Significant Water/Power Outage | ☐ Restraints Used (Restraint |
| ☐ Riot | ☐ Property Damage – Limited | Chair, 4 Point, etc.) |
| ☐ Natural Disaster | ☐ Evacuation – Limited | ☒ Staff on Offender |
| ☐ Lockdown of all or part of | ☐ Other | |
| facility | ☐ Other  - Determined by Warden | |
| ☐ Hunger Strike of Entire | | |
| Facility or Multiple Units | | |
| ☐ Evacuation of Entire Facility | | |
| ☐ Other – Determined by | | * Copy to Investigations |
| Warden | | |

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

On the above date and time, I Lieutenant James Savoy was shaking down the offenders as they were coming through

The metal detector on Tiger 3 & 4 unit. I was shaking down offender Russell Payton # 296635 when I felt something

In his front right pocket. I then ordered offender Payton to empty his pockets but he ran away from me onto the Tiger

_James Savoy, Lieutenant_          ___5-1-11___          _____5:55pm_____
James Savoy, Lieutenant          Date Completed          Time Completed

Payton v. Cain, et al
USM 11-726
48



RH13

| Name<br>Russell Payton | NUMBER<br>296635 | DORM OR CELLBLOCK<br>Tiger 3 Right | DATE OF INCIDENT<br>5-1-11 | TIME OF INCIDENT<br>5:05pm |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>Tiger Unit Yard Gate | WITNESSES<br>Major Daniel Davis |
|---|---|

**DESCRIPTION OF INCIDENT**

3 & 4 yard. I chased him and took him to the ground and offender Payton continued to resisit after giving him orders to

Stop. Offender Payton had in his Left hand, a green leafy substance wrapped in a clear plastic. I then restrained

offender Payton. Upon restraining offender Payton I then removed the plastic bag from his left hand.

I along with Major Davis then escorted offender Payton to Tiger One Right Tier and placed in the shower. I then notified

Medical 4 and medical 4 sent a ambulance to Tiger unit. Offender Payton then was seen by medical personnel and

refused all medical attention. I was also seen at REBTC and returned to Camp C to complete the necessary paperwork.

This green leafy substance was then turned over to Lieutenant Colonel Achord with investigative services. The green

Leafy substance tested positive for THC and weighted 5.1 grams.

 Assistant Warden Joseph Lamartiniere, Assistant Warden Butler and Assistant Warden Dodd were notified.


This is for your information and further handling...........


_____
Signature of Officer

___5-1-11_____
Date

Print Name
James Savoy, Lieutenant

Payton v. Cain, et al
USM 11-726
49

Form C-05-001-W-2
01 January 2009

**DEPARTMENT OF SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**UNUSUAL OCCURRENCE REPORT**
(Miscellaneous)

*RWB*

**INSTITUTION: Louisiana State Penitentiary**

| NAME | NUMBER | DORM OR CELLBLOCK | DATE OF INCIDENT | TIME OF INCIDENT |
|------|--------|-------------------|------------------|------------------|
| *Russell Payton* | *296635* | *Tiger One Right* | *May 1ˢᵗ, 2011* | *Approximately 5:45 pm* |

| LOCATION OF INCIDENT | WITNESSES |
|---|---|
| *Tiger One Right Shower* | *None* |

**TYPE OF INCIDENT – CHECK APPROPRIATE BOXES**

- ☐ Accidents
  - ☐ Employee Accidents
  - ☐ Offender Accidents
  - ☐ Vehicle Accident
- ☐ Contraband
  - ☐ Inside Facility
  - ☐ Outside Facility
- ☐ Drug Screen
- ☐ Maintenance

- ☐ Medical
- ☐ Mental Health
- ☐ Protection Request
- ☐ Security Inspections
- ☐ Shakedowns
  - ☐ Routine
    - ☐ Staff  ☐ Visitor  ☐ Offender
  - ☐ Target
    - ☐ Staff  ☐ Visitor  ☐ Offender
- ☐ Use of Tact Team and Chase Team as outside assistance

☒ Other: *Offender Swallowing Possible Contraband*

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

*On the above stated date and approximate time I, Captain John Wells, was conducting a strip search of offender Payton prior to*

*Restraining him to be transported to Camp-J due to previous rule violations. Upon ordering offender Payton to open his mouth I*

*Then observed inside his mouth, wrapped in plastic, what appeared to be a green leafy substance that appeared to be marijuana.*

*I then ordered offender Payton to give me this item. Offender Payton flatly refused to comply with my orders by beginning to chew*

*This item and then swallowing it. Assistant Warden Robert Butler, Colonel James Cruze, Lieutenant Colonel Kevin Groom and*

*Major Robert Wright were notified.*

*This is for your information and further handling......*

REPORTING OFFICER | *May 1ˢᵗ, 2011* | *Approximately 9:15 pm*
| DATE COMPLETED | TIME COMPLETED

Payton v. Cain, et al
USM 11-726
50