## INDEX OF PHOTOS

PHOTO 1 -     CORRECTION OFFICER JAMES SAVOY

PHOTO 2 -     ANOTHER PHOTO OF JAMES SAVOY SHOWING BRUISE
                      LEFT ELBOW

PHOTO 3-      CLOSE UP VIEW OF JAMES SAVOY LEFT BRUISED ELBOW

PHOTO 4 -     PHOTO OF FRONT VIEW OFFENDER RUSSELL PAYTON

PHOTO 5 –     PHOTO OF SIDE VIEW OF OFFENDER RUSSELL PAYTON

PHOTO 6 -     PHOTO OF VIEW OF THE BACK OF OFFENDER RUSSELL
                      PAYTON HEAD

PHOTO 7 -     PHOTO OF SIDE VIEW OF LEFT SIDE OF OFFENDER
                      RUSSELL PAYTON HEAD

PHOTO 8 –     PHOTO OF MARIJUANA ON WEIGHT SCALE FILE# AIS-11-E-
                      0300

PHOTO 9 –     ANOTHER PHOTO OF MARIJUNA ON SCALE FILE#: AIS-11-E-
                      0300

PHOTO 10 – DOOR ENTRANCE SHOWING WHERE OFFENDER'S EXIST
                      UNIT.

PHOTO 11 – PHOTO OF METAL DETECTOR THAT OFFENDERS GO
                      THROUGH FOR SERACH FOR CONTRANBAND

PHOTO 12 – ANOTHER VIEW SHOWING THE WALK AND THE METAL
                      DETECTOR

PHOTO 13 – CLOSE UP VIEW OF METAL DETECTOR

PHOTO 14 – PHOTO OF GATE ENTRANCE TO THE YARD AFTER GOING
                      THROUGH METAL DETECTOR

PHOTO 15 – PHOTO LEADING OUT TO THE YARD

PHOTO 16 – ANOTHER VIEW OF THE WEST YARD

PHOTO 17 – SIDE VIEW OF THE WEST YARD AREA

PHOTO 18 – PHOTO OF JAMES SAVOY SHOWING WHERE STRUGGLE
                      TOOK PLACE BETWEEN HIM AND OFFENDER RUSSELL
                      PAYTON

PHOTO 19 – CLOSER UP VIEW OF WHERE THE STRUGGLE TOOK PLACE

1

Payton v. Cain, et al
USM 11-726
51



05/01/2011 05:35PM

Blumberg No. 5137  PHOTO 1

Payton v. Cain, et al
USM 11-726
52



PHOTO
2

Payton v. Cain, et al
USM 11-726
53



Payton v. Cain, et al
USM 11-726
54



05/01/2011 05:40PM

Photo 4

Blumberg No. 5137

Payton v. Cain, et al
USM 11-726
55





05/01/2011  05:40PM

Blumberg No. 5137

photo
6

Payton v. Cain, et al
USM 11-726
57



Payton v. Cain, et al
USM 11-726
58



AIS-11-E-0300

05/01/2011 06:01PM

Blumberg No. 5137

Photo
8

Payton v. Cain, et al
USM 11-726
59



05/01/2011 06:01PM

Payton v. Cain, et al
USM 11-726
60