## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RUSSELL PAYTON**                    **: CIVIL ACTION**
**(DOC# 296635)**

                                      **: NUMBER 11-00726-JJB-CN**

**VERSUS**

                                      **: JUDGE JAMES J. BRADY**

**BURL N. CAIN, ET AL**               **: MAGISTRATE JUDGE NOLAND**

## O R D E R

Considering the foregoing Motion to Submit Documents Under Seal for In Camera Inspection:

**IT IS HEREBY ORDERED** that defendants be allowed to submit part of their Response to court's order (Record Docket #5) under seal for in camera inspection.

**IT IS FURTHER ORDERED** that at the conclusion of the case, these documents shall be disposed of in accordance with Local Rule 7.02

Baton Rouge, Louisiana, this _____ day of _____, 2012

_____
UNITED STATES MAGISTRATE JUDGE
CHRISTINE NOLAND