## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                                    : CIVIL ACTION
(DOC# 296635)
                                                  : NUMBER 11-CV-00726 -JJB-CN
VERSUS
                                                  : JUDGE JAMES J. BRADY

BURL CAIN, ET AL                                  : MAGISTRATE JUDGE NOLAND

STATE OF LOUISIANA

PARISH OF EAST FELICIANA

## A F F I D A V I T

BEFORE ME, the undersigned counsel, came and appeared:

### Lt. James Savoy

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Louisiana Department of Public Safety

and Corrections as a Lieutenant at Louisiana State Penitentiary in Angola,

Louisiana.

2.

At the request of the Attorney General's Office I have reviewed inmate

Russell Payton Doc # 296635 claims in this lawsuit and the underlying ARP No.

LSP 2011-1324.

3.

On May 1, 2011 at appropriately 5:05 pm I was shaking down the offenders

1

Payton v. Cain   USM 11-00726
Exhibit 4

as they were coming through the metal detector on Tiger 3 & 4 unit.

4.

I was shaking down offender Russell Payton #296635 when I felt something in his front right pocket.

5.

I then order offender Payton to empty his pockets but he ran away from me onto the Tiger 3 & 4 yard.

6.

I chased offender Payton and took him to the ground and Offender Payton continued to resist after giving him order to stop.

7.

Offender Payton had in his left hand a green leafy substance wrapped in a clear plastic.

8.

I then restrained Offender Payton and upon restraining offender Payton I then removed the plastic bag from his left hand.

9.

I along with Major Davis then escorted offender Payton to Tiger one Right tier and placed in the shower. Offender Payton also refused medical treatment.

10.

I then notified Medical 4 and medical 4 sent an ambulance to Tiger unit.

11.

2

Offender Payton then was seen by medical personnel and refused all medical attention.

12.

I was also seen at REBTC and returned to Camp C to complete the necessary paperwork.

13.

This green leafy substance was then turn over to Lieutenant Colonel Bobby Achord with investigative services.

14.

The green Leafy substance tested positive for THC and weighted 5.1 grams.

15.

Assistant Warden Joseph Lamaertinere, Assistant Warden Butler and Assistant Warden Dodd were notified.

16.

At no time did I curse, kick or punch Offender Payton nor did I witness Major Davis, Sgt. Woods or Sgt. Franklin curse, punch or kick, or strug offender Payton to the dungeon.

The above and foregoing information is true and correct to the best of my knowledge and belief.

_____
JAMES SAVOY

3

**SWORN TO AND SUBSCRIBED** before me, this 16th day of May

2012, at Parish of East Feliciana, State of Louisiana.

Connie M⁻Cann # 77912
EX-OFFICIO NOTARY PUBLIC

4



| Name<br>Russell Payton | NUMBER<br>296635 | DORM OR CELLBLOCK<br>Tiger 3 Right | DATE OF INCIDENT<br>5-1-11 | TIME OF INCIDENT<br>5:05pm |
|---|---|---|---|---|
| LOCATION OF INCIDENT<br>Tiger Unit Yard Gate | | WITNESSES<br>Major Daniel Davis | | |

**DESCRIPTION OF INCIDENT**

3 & 4 yard. I chased him and took him to the ground and offender Payton continued to resisit after giving him orders to

Stop. Offender Payton had in his Left hand, a green leafy substance wrapped in a clear plastic. I then restrained

offender Payton. Upon restraining offender Payton I then removed the plastic bag from his left hand.

I along with Major Davis then escorted offender Payton to Tiger One Right Tier and placed in the shower. I then notified

Medical 4 and medical 4 sent a ambulance to Tiger unit. Offender Payton then was seen by medical personnel and

refused all medical attention. I was also seen at REBTC and returned to Camp C to complete the necessary paperwork.

This green leafy substance was then turned over to Lieutenant Colonel Achord with investigative services. The green

Leafy substance tested positive for THC and weighted 5.1 grams.

Assistant Warden Joseph Lamartiniere, Assistant Warden Butler and Assistant Warden Dodd were notified.

This is for your information and further handling...........

Signature of Officer                                           __5-1-11_____

Date

Print Name
James Savoy, Lieutenant

Louisiana State Penitentiary
Angola, Louisiana
ARP STATEMENT

ARP Number:  2011-1324                              Date: 7-5-2011

Inmate's Name and Number: Russell Payton # 296635

| |
|---|
| In response to ARP # 2011-1324, I, Lieutenant James Savoy have the following information to offer. I was shaking down offender Payton when I felt something in his front right pocket and ordered him to empty his pockets. Offender Payton then fled from me onto the Tiger 3 & 4 yard. I chased him and took him to the ground as he refused my orders to stop resisting. After restraining offender Payton, I retrieved a green leafy substance wrapped in clear plastic from his left hand that later tested positive for THC and weighed 5.1 grams. Offender Payton was then escorted to Administrative Segregation where he refused Medical treatment. At no time did I ever curse, kick or punch offender Payton. At no time did I ever witness Major Davis, Sgt. Woods, or Sgt. Franklin curse, punch, or kick offender Payton. At no time did I ever witness offender Payton drug by Sgt. Woods or Sgt. Franklin to the dungeon. This is for your information. |

Officer Signature: _James Savoy_                    Date: _7-5-2011_

Officer Name (print): James Savoy

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

INSTITUTION: LSP

1. Name of Inmate: Russell Payton  2. Number: 296633  3. Date of Incident: 5/1/11  4. Time of Incident: 5:05/pm

5. Place of Incident: Tiger 3 t 4 Yard  6. Job Assignment (Inmate): Line 18  7. Housing Assignment (Inmate): Tiger 3 Right

8. Rule Violated: Contraband, Defiance, Disobedience Agg  9. Rule Number: 1, 3, 5

10. Description of Incident (include all relevant information – "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and time I, Lt James Savoy was shaking down offender Russell Payton 296633 he started to run to Tiger 3 t 4 Yard. Offender Payton was taken to the ground and would not stop resisting after all orders given. I then placed my handcuffs on him and I noticed a small bag containing a green leafy substance. Offender was escorted to Tiger 1 Right. The small bag was confiscated and turned over to investigations. The substance tested positive for 5.1 grams of THC marijuana.

11. Inmate Placed in Adm. Seg.  ☑ Yes  ☐ No

12. Signature of reporting employee: [signature]  13. Name, Title, Assignment (Print): James Savoy Lt Camp C

14. Date of Report: 5/1/11  15. Time of Report: 620  16. Report (copy) given to above inmate by: [signature]  17. Inmate's Signature: Refused to sign

18. Plea by Inmate: ☑ Not Guilty  ☐ Guilty  19. Verdict: ☐ Not Guilty  ☑ Guilty

20. Date of Hearing: 5-4-11  21. Counsel Substitute: DOC# 124959

22. Motions:

23. Reasons for Disposition:
☑ Report is clear and precise.  ☐ Lack of a credible defense/little or no defense.  ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the inmate's.  ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The inmate presented no evidence to refute the charges.
☐ The investigative officer's testimony was deemed more truthful and accurate than the inmate's.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other

24. Reasons for Sentence:
☑ Seriousness of offense.  ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____
A total of _____ # _____ rule violations since _____
☐ Other

RECEIVED
MAY 0 5 2011
LA STATE PENITENTIARY
RECORDS OFFICE

25. Sentence: (Comb Rpts) Quarters Chg to Cp-J Merged pen  Suspended ☐ _____ Days  Imposed ☑

26. Sentence:  Suspended ☐ _____ Days  Imposed ☐

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who is so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures.

CHAIRMAN (DISCIPLINARY OFFICER)