BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

_____

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

____5|1|12____
Date

Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

## LOUISIANA STATE PENITENTIARY

## ROBERT E. BARROW, JR. TREATMENT CENTER

## FREE PERSONNEL

## AUTHORIZATION FOR EXAMINATION AND TREATMENT

Date: _5-1-11_                    Employee: ☑ Yes      ☐ No

Name: _James Savoy_              Department: _LSP_

Social Security Number: _ - -6156_    Supervisor: _Major Daniel Davis_

The above named patient hereby authorizes and consents to any services of an emergency nature, including but not limited to, diagnostic procedures, radiological procedures, laboratory procedures, anesthesia, medical or surgical procedure and treatments, which are deemed necessary or advisable by the attending physician(s) and rendered to the patient under the general or special instructions of said physician(s). The patient hereby certifies that he understands and hereby acknowledges that only emergency treatment was rendered to said patient at the Robert E. Barrow, Jr. Treatment Center and that he was advised at the time of his release from said the Robert E. Barrow, Jr. Treatment Center that it would be necessary to the patient or someone acting on the patient's behalf to make other arrangements for the patient's further and future care, and that he was further advised to consult promptly his own physician.

_____          _5-1-11_
        Patient Signature                    Date

_____          _5-1-11_
             Witness                          Date

Is this a job related injury:    ☑ Yes      ☐ No

_____
        Employee Initials

If yes, was a Risk Analysis and Loss Prevention Incident Report Form Completed?      ☑ Yes      ☐ No

## FREE PERSONNEL INJURY/ILLNESS REPORT

## LOUISIANA STATE PENITENTIARY
## ROBERT E. BARROW, JR. TREATMENT CENTER
## FREE PERSONNEL INJURY/ILLNESS REPORT
## VITAL STATISTICS

DATE: 5 / 1 / 11                                    TIME SEEN: 17 : 49

NAME: James Savoy        SS#: XX - XX .6156  AGE: 33  SEX: M  RACE: W

| MEDICATIONS: Ambien CR  Benicar | ALLERGIES: none |
|---|---|

| DATE OF ACCIDENT: 5-1-11 | TIME OF ACCIDENT: 5⁰⁵/pm | ACCIDENT LOCATION: Tiger Unit |
|---|---|---|

DATE OF LAST TETANUS: 2006

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 17:49 | 118 / 72 | 74 | 18 | alert | 98.6 | 100% |
| 18:08 | 120/74 | 72 | 18 | alert | — | — |
| : | / | | | | | |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: 33 yo WM ambulatory to ATU c̄ difficulty. A&Ox4 _____ c/c "Iscraped my arm during confrontation." PE _____ pearl denies HA/_____ dizzyness _____ vision _____ CX BBS CTA = _____ denies CP _____ /SOB ABD SNT denies NVD EXT _____ CR ulla _____ _____ 1 inch X 1 inch square area _____ c̄ _____ _____ & discoloration. _____ _____ pt _____ & other medical complaints.

MEDIC SIGNATURE: _Ms___ Brady_

### PHYSICIAN ASSESSMENT AND TREATMENT

① Forearm abrasion

1750 Cleaned c̄ sterile water, applied TAO & bandage pt advised to keep wound clean.

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1808 | TRANSPORTATION: AMB | DESTINATION: RTC |
|---|---|---|