BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
Department of Public Safety and Corrections
Louisiana State Penitentiary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA


I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.


_Connie Mc Cann_
_____

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP


5 | 1 | 12
_____
Date


Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

Payton v. Cain  USM 11-00726
Exhibit 6

HC - 26 Form A

DATE: 05/01/11

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

_____
Signature of Inmate

L + Shaw
Witness

_____
Witness

R - 0435

I, Russell Payton , # 291035 , hereby refuse the following described medical attention:

Refuse further medical care

or transport @ this time.

* Does not want to See a Doctor. *

Lt Leelie EMT-P
Attending Prescriber (m-6)

Distribution:

Medical Record

Revised 8/1/02

**LOUISIANA STATE PENITENTIARY · EMERGENCY MEDICAL SERVICES**

**AMBULANCE RUN REPORT**

| Field | Time/Value |
|---|---|
| DISP'D | 05/2/11  1701 pm |
| ENROUTE | 1709 pm |
| ON SCENE | 1720 pm |
| TRANSPORTING | 1726 pm |
| AT HOSPITAL | 1732 pm |
| AVAILABLE | 1726 pm |
| AGE | 30 | RACE | B | SEX | M |

RUN NUMBER: 11-0435
SIGNAL: A
EMS UNIT #: M-6
TRANS BLS: X   ALS
CALL REC'D FROM: M-4
NATURE OF THE CALL: Confrontation E Security
INCIDENT LOCATION: Camp C -
PATIENT: Russell Payton
ADDRESS OR LIVING QTR: C Tiger 3
CHIEF COMPLAINT: Denies complaint
RECEIVING HOSPITAL: refuse
DOC#/SS#: 296635

| | TIME | 1721 | 1726 |
|---|---|---|---|
| V I T A L | BLOOD PRESSURE | 124/82 | 122/80 |
| | PULSE | 92 | 88 |
| | RESPIRATION | 16 | 14 |
| | LOC A.V.P.U. | Alert | alert |
| | PUPIL R/L | ⊙/R | ⊙/R |
| | MOTOR FUNCTION | PMS@x4 → |
| | SKIN | warm/dry |
| | EKG | normal sinus |
| | O2 STA/GLUCOSE | 97%/102 → |
| M E D S / T X | OXYGEN | RA | RA |
| | IV1 FLUID/RATE | | |
| | IV2 FLUID/RATE | | |
| | DEFIB    T/A | | |
| | MEDS    T/A | | |

TOTAL FLUID: cc

CURRENT MEDICATIONS: Trigual, Mobic, Albuterol, Zyrtec, Lopinavir/Ritonavir    ALLERGIES: PCN

PMHX/TX: Dispatched to evaluate offender 2° confrontation E security. Upon arrival pt kneeling and fully restrained. pt voices 8 complaint. Denies pain. pt has small superficial abrasion just behind ⓛ ear. 8 bleeding. examined arms, legs, chest and abd. 8 visible injury 8 bruising 8 swelling. pt moves extremities well. Denies head trauma. Denies numbness or tingling. pt states he does not wish to be examined any further by medical staff (including MD). Does not request any further tx. abrasion cleansed ē sterile water and dry gauze to cover. pt request nothing further. Refused for any further treatment. Obtained ē signature of patient and witnessed by attending security officers. Refusal attached. Pt left in security custody. — Lt. Leclede —

| EMT #1 | L. Leclede | REG# | P804516640 | EMT #2 | G. Dufour | REG # | EMT-B |

HCP#: 513    REFERRAL#: 520

Form HC-01-A
14 September 2009                **Health Care Request Form**    Institution _LSP_

014641

_Russell Payton_ _296635_ _39_ _Gar-1-R-12_ _L/D_
Name                    DOC #        Age       Housing         Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

My Right arm Is Nume, It Have No Feelings IN It at all.

My Neck IS, Hurting. In I Believe my Shoulder IS out of place.

Healthcare Personnel Screening: Date: _5/2/11_ Time: _0550_ Location Seen: _Gar_

(Circle One): Emergency / Routine Sick Call) Work Related Allergies: _↓PCN ✱_

B/P _136/84_ Pulse _22_ Resp _14_ Temp _—_ Other _—_

Assessment/Comment: _as above claims in confrontation a see yesterday._
_c/o ® shoulder pain neck pain + ® arm numbness s ney decripitus_
_noted to arm + shoulder PMS intact + pain on movements neck_
_s JVD on TD. Abrasions noted behind ® Ear, FROM to reah-_
_PMS x4, VItals as above sent to ATU for further Eval & TX._

**Disposition:**

pm # 26029

5/2/11 @ 0550

Cpt. Bradleys

**New Medications Ordered:**

_____

_____

_____

_____ Total #: _____

Screener's Signature: _[signature] #93_

**Health Care Practitioner Notes:**

HCP's Signature: _[signature]_ 5/3/11

Date:

☒ No Fees ☒ $3 Access Fee ☒ $6.00 Access Fee ☐ $2 for Each Prescription Fee: $ _____ Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_[signature]_ _296635_ _5/3/11_ _[signature]_
Offender Signature      DOC #        Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Dental 23 02

## ROBERT E. BARROW, JR. TREATMENT CENTER
## ACCIDENT / INJURY REPORT
### VITAL STATISTICS

DATE: 5 / 2 / 11                                    TIME SEEN: 07 : 45

NAME: Russell Peyton _____ DOC#: 296655 ___ AGE: 39 RACE: B

LIVING QUARTERS: Gac 1/8 _____ JOB ASSIGNMENT: 6/8 _____ LAST TETANUS: _____

| MEDICATIONS: Kaletra Tablets, Trievir, Zyrtec, Ventolin, Motrin | ALLERGIES: PCN |
|---|---|

| DATE OF ACCIDENT: 5/1/2011 | TIME OF ACCIDENT: 17:10 | ACCIDENT LOCATION: CpC Tiger yard |
|---|---|---|

| TIME: 07:45 | B/P: 106/76 | PULSE: 80 | RESP: 14 | LOC: Alert | TEMP: 98.0 | BS/SpO2: 98% |
|---|---|---|---|---|---|---|
| TIME: 9:56 | B/P: 105/77 | PULSE: 44 | RESP: 14 | LOC: " | TEMP: | BS/SpO2: |
| TIME: 11:16 | B/P: 110/71 | PULSE: 82 | RESP: 14 | LOC: " | TEMP: | BS/SpO2: |

### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY, AND ASSESSMENT:
Pt sent to ATU w/ Referral for an alleged confrontation with security on 5/1/11 at 1710 pm CmpC tiger yard. Pt states he had _____ _____ _____ _____ _____ & so security was hand cuffed _____ _____ _____ Pt states he ___ _____ "chew chew" & states he beat him with _____ Pt states he was _____ on stomach, head, back, everywhere, neck + ... Pt also states he has been coughing up blood + a sense of _____ _____

MEDIC SIGNATURE: _____ #525
                                                MD _____

### PHYSICIAN ASSESSMENT AND TREATMENT

☐ CATEGORY A          ☐ CATEGORY B          ☐ CATEGORY C

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Skull / C spine
(R) Rt Shoulder
(R) elbow
Bilateral wrist
Bilateral ankles
ABD - _____
Chest - Ask
CBC, Chem 14 ordered @ 924

- Dental Clinic called at 08__ they will be able to see pt once we are complete at ATU for other injuries - per ___
X-rays: Lt shoulder B2 5 WCULS @ 10:25
Lt 1st degree AC separation of shoulder
Motrin 800 TID x 7 days
Motrin 800 TID x 10 days
Cnt L _____ @ 1117

☐ Duty Status _____                    ☐ Appointment _____
`Diet _____                           ☐ Dressing Change _____

PHYSICIAN SIGNATURE: _____

| LEFT: 1157 | TRANSPORTATION: Self | DESTINATION: ___ |
|---|---|---|

Rev. 11/2006          ACCIDENT/INJURY REPORT          PAGE __ OF __

**DIAGNOSTIC RADIOLOGY**

**LOUISIANA STATE PENITENTIARY**

**E. BARROW, JR. TREATMENT CENTER**

LSP-TCXR 02  Rev. 10/97

| | | | |
|---|---|---|---|
| □ In-patient ☑ Emerg. Room □ Portable | ☑ Ambulatory | 31 | NAME: Russell Payton |
| □ Clinic □ Isolation | □ Stretcher □ Wheelchair | | |

Physician

Date Exam Desired 5/2/11

Loc. Rm/Bed | Prev. X-Ray □ Yes □ No

DOC#: 29/0/.35

LOCATION: Gar 1/2

Diagnosis & Pertinent Clinical Information

AGE: 39    RACE: B

| Exam Date | Exam Time |
|---|---|
| 5/2/11 | |

**STAT/EMERGENCY** □

Examination Desired   ☑ X-Ray   □ Nuclear Medicine   □ Ultrasound

Skull, C-spine ⑧ shoulder elbow, Bilat wrists ankles, ABD-flatterect, Chest Adt   BSⒹ ACJTS w/wo

Technician Initials / Remarks

OC

| | |
|---|---|
| 14 x 17 | |
| 14 x 14 | |
| 30 x 35 | |
| 11 x 14 | |
| 24 x 30 | |
| 10 x 12 | |
| 9 ¼x9 ¼ | |
| 8 x 10 | |
| 5 x 12 | |
| Other | |

**Radiologist Report**

Neg 5-2-11

| Procedures Performed | Radiologists and Date | Total Used |
|---|---|---|
| | | |

**DIAGNOSTIC RADIOLOGY**    LOUISIANA STATE PENITENTIARY
.E. BARROW, R. TREATMENT CENTER

| ☐ In-Patient ☐ Isolation<br>☐ Clinic ☐ Portable<br>☐ Emerg Room | ☒ Ambulatory<br>☒ Stretcher<br>☒ Wheelchair | | 31 | Name: | RUSSELL | PAYTON |
|---|---|---|---|---|---|---|
| Physician | Date Exam Desired | Loc. Rm/Bed | Prev X-Ray<br>☐ Yes<br>☐ No | DOC #: | 296635 | |
| Dr. Roundtree | | | | Location: | | HIC 4 |
| Diagnosis & Pertinent Clinical information | | | | Age: 38 | | Race:  B |

| | Exam Date<br>7/12/2010 | Exam Time |
|---|---|---|

| Examination Desired   ☐ X-Ray ☐ Nuclear Medicine ☐ Ultrasound | Tech Initials & Remarks |
|---|---|
| Left Humerus | DC |

Radiologist Report

Healing fracture of the left humerus again seen. There may be slightly more callous formation at the fracture site as compared with previous study of 05/12/2010. .

| Date of Dictation: | 7/17/2010 | | Initials: | DC |
|---|---|---|---|---|
| | | | Date of Transcription: | 7/19/2010 |

| Procedures Performed | Radiologist and Date |
|---|---|
| | Dr. Ted Collins |