## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                               : CIVIL ACTION
DOC #296635

                                             : NUMBER 11-00726- JJB-DLD
VERSUS

                                             : JUDGE JAMES J.BRADY

BURL CAIN, ET AL.                            : MAGISTRATE DOCIA DALBY

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE


## AFFIDAVIT


**BEFORE ME**, the undersigned Notary, personally came and appeared:

### JONATHAN ROUNDTREE, MD

who did depose and state the following:

1.

I am currently licensed to practice medicine in the State of Louisiana and am currently employed by the Department of Public Safety and Corrections as Staff Physician at the Elayn Hunt Correctional Center. At the time of Incident complaint of by Offender Russell Payton I was working at Louisiana State Penitentiary at Angola, Louisiana (LSP), providing medical evaluation, care and treatment of inmates.

2.

I received a Medical degree from the Tulane University School of Medicine in New Orleans in 1988.

Payton v. Cain   USM 11-00726
Exhibit 7

3.

Part of my duties require me to review and evaluate inmate medical records.

4.

I have reviewed the medical records of Inmate Russell Payton Doc # 296635 as well his claims in this lawsuit and in the underlying ARP No. LSP 2011-1324.

5.

In his lawsuit, Inmate Russell Payton's alleges that he was denied adequate medical treatments and subjected to medical indifference in violation of his constitutional right.

6.

On May 02, 2011 inmate Russell Payton Doc #: 296635 was seen at Louisiana State Penitentiary, Robert E. Barrow treatment Center Unit at approximately 7:45 a.m. with chief complaint of confrontation with security on 5/1/11 at 5:10p.m at Camp C.

7.

I ordered Offender Paton to take X-ray of the Skull, neck, Right Shoulder, Right elbow, both wrists, Ankles, Abdominal and Chest area.

8.

On my examination of the X-ray, I initial thought that I saw a possible slight injury in his right shoulder or a 1st % separation in the shoulder so I ordered a 2nd X-ray with 2-5 pound weight which will help to see a possible shoulder separation.

9.

The X-Ray was examined by Dr. Ted Collins and found that all the X-ray taken to the skull, spine, neck, right shoulder, right elbow, wrist, ankles, abdominal and chest

2

were all negative. See Attached medical Exhibit.

10.

He was prescribed with medication of 800 mg of Motrin, 500 mg of Robaxin, to be taken 3 times daily for 10 days and was given 1-2 weeks follow-up appointment.

11.

I also ordered laboratory Blood count to be performed to determine if there are bleeding and Blood chemistry to assess Kidney function or damages. Both results were negative.

12.

Offender Payton was also sent to Dental Clinic to perform X-ray of his teeth to determine any fracture in his teeth. The result was negative for any fracture.

13.

My prevailing medical opinion is that inmate Russell Payton's medical concerns related to his confrontation with security on 5/1/11 have been and continue to be addressed. Furthermore, his injury was superficial abrasion, and was adequately treated and was not ignored, nor subjected to medical indifference.

14.

**CORRECTIONAL OFFICER JAMES SAVOY:**

I examined the medical record of Correctional officer James Savoy and found that on May 1, 2011, he was presented to Robert E. Barrow treatment Center having being in confrontation with an Offender.

3

15.

His vital signs were normal, and was assessed to have Right forearm abrasion of approximately 1 inch, his skin were warm, and denies headache or dizziness. He was ambulatory, and his injury was cleaned with sterile water and applied a bandage to the wound (See Attached Medical Exhibit of James Savoy).

The above is true and correct to the best of my knowledge and belief.

_____
DR. JOHNATHAN ROUNDTREE

**SWORN TO AND SUBSCRIBED** before me this _15Th_ day of ___M ay___, 2012, St Gabriel, Louisiana.

_____
NOTARY

Robert R. Rochester Jr.
Notary Public #83477
La Bar Roll #30292
Commissioned for Life

4

BOBBY JINDAL
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections
### Louisiana State Penitentiary

## STATE OF LOUISIANA
## WEST FELICIANA PARISH
## ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT

COPIES of the original documents maintained at the Louisiana State

Penitentiary.

*Connie Mc Cann*
_____

Connie McCann #77912
Ex-Officio Notary
Department of Public Safety & Corrections/LSP

5|1|12
_____
Date

## LOUISIANA STATE PENITENTIARY

## ROBERT E. BARROW, JR. TREATMENT CENTER

## FREE PERSONNEL

## AUTHORIZATION FOR EXAMINATION AND TREATMENT

Date: _5-1-11_                          Employee: ☑ Yes    ☐ No

Name: _James Savoy_                    Department: _LSP_

Social Security Number: ___-__-6156    Supervisor: _Major Daniel Davis_

The above named patient hereby authorizes and consents to any services of an emergency nature, including but not limited to, diagnostic procedures, radiological procedures, laboratory procedures, anesthesia, medical or surgical procedure and treatments, which are deemed necessary or advisable by the attending physician(s) and rendered to the patient under the general or special instructions of said physician(s). The patient hereby certifies that he understands and hereby acknowledges that only emergency treatment was rendered to said patient at the Robert E. Barrow, Jr. Treatment Center and that he was advised at the time of his release from said the Robert E. Barrow, Jr. Treatment Center that it would be necessary to the patient or someone acting on the patient's behalf to make other arrangements for the patient's further and future care, and that he was further advised to consult promptly his own physician.

_____          _5-1-11_
Patient Signature                         Date

_____          _5-1-11_
Witness                                   Date

Is this a job related injury:  ☑ Yes   ☐ No        _____
                                                   Employee Initials

If yes, was a Risk Analysis and Loss Prevention Incident Report Form Completed?    ☑ Yes    ☐ No

## FREE PERSONNEL INJURY/ILLNESS REPORT

# LOUISIANA STATE PENITENTIARY
## ROBERT E. BARROW, JR. TREATMENT CENTER
### FREE PERSONNEL INJURY/ILLNESS REPORT
#### VITAL STATISTICS

DATE: 5 / 1 / 11                                          TIME SEEN: 17 : 49

NAME: James Savoy                SS#: XXX - XX - 6156   AGE: 33   SEX: M   RACE: W

| MEDICATIONS: Ambien CR   Benicar | ALLERGIES: none |
|---|---|

| DATE OF ACCIDENT: 5-1-11 | TIME OF ACCIDENT: 5⁰⁵/pm | ACCIDENT LOCATION: Tiger Unit |
|---|---|---|

DATE OF LAST TETANUS: 2006

| TIME: 17:49 | B/P: 118/72 | PULSE: 74 | RESP: 18 | LOC: alert | TEMP: 98.6 | BS/SpO2: 100% |
|---|---|---|---|---|---|---|
| TIME: 18:03 | B/P: 120/74 | PULSE: 72 | RESP: 18 | LOC: alert | TEMP: — | BS/SpO2: — |
| TIME:  : | B/P:  / | PULSE: | RESP: | LOC: | TEMP: | BS/SpO2: |

#### CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF-COMPLAINT, HISTORY AND ASSESSMENT: 33 yo WM ambulatory to ATU s̄ difficulty. A&Ox4 skin W/D c/o "I scraped my arm during confrontation." PE Head, pearl, denies HA/dizziness. Neck is supple Lῡ CX BBS CTA =/= denies CP pain/SOB ABD SNT denies N/V/D EXT MAE pulses intact. Pt will pt s̄ abrasion 1 inch X 1 inch square. cleaned, superficial c̄ ᵈ bleeding & discoloration. completed. notif pt owner & other medical complaints.

MEDIC SIGNATURE: _Msy Breadin_

#### PHYSICIAN ASSESSMENT AND TREATMENT

① Forearm abrasion

1750 Cleaned c̄ sterile water, applied TAO & bandage. pt advised to keep wound clean.

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1808 | TRANSPORTATION: AMB | DESTINATION: RTC |
|---|---|---|

LSP-TC 30   Rev. 06/2004     FREE PERSONNEL INJURY/ILLNESS REPORT     PAGE ___ OF ___

HC - 26 Form A

DATE: 05/01/11

## REFUSAL TO ACCEPT MEDICAL CARE

This refusal of medical attention is made voluntarily and after full explanation of the medical attention recommended and the consequences of refusing it. I have read this statement and understand the nature of its contents.

I release the Department of Public Safety and Corrections from any liability for any harm which may result from this refusal of treatment.

L + Sharp

Witness

Signature of Inmate

Witness

11-0435

I, Russell Payton , # 291605 , hereby refuse the following described medical attention:

Refuse further medical care or transport @ this time.

* Does not want to See a Docter. *

Lt Leekie EMTP
Attending Prescriber (m-6)

Distribution:

Medical Record

Revised 8/1/02

**LOUISIANA STATE PENITENTIARY · EMERGENCY MEDICAL SERVICES**

## AMBULANCE RUN REPORT

| | | |
|---|---|---|
| DISP. | 05/a/11 | |
| | 1701 pm | |
| ENROUTE | 1709 pm | CALL REC'D FROM: M-4 |
| ON SCENE | 1720 pm | NATURE OF THE CALL: Confrontation ē Security |
| TRANS-PORTING | 1726 pm | INCIDENT LOCATION: Camp C - |
| AT HOSPITAL | 1732 pm | PATIENT: Russell Payton |
| AVAILABLE | 1726 pm | ADDRESS OR LIVING QTR: C Tiger 3 |

RUN NUMBER 11-0435
SIGNAL A
EMS UNIT # M-6
TRANS BLS ☒ ALS
NT ORD BY
RECEIVING HOSPITAL
RECEIVING MD/RN

AGE 30  RACE B  SEX M  CHIEF COMPLAINT: Denies complaint  DOC#/SS# 296635

### VITAL

| | | |
|---|---|---|
| TIME | 1721 | 1726 |
| BLOOD PRESSURE | 124/82 | 122/80 |
| PULSE | 92 | 88 |
| RESPIRATION | 16 | 14 |
| LOC A.V.P.U. | Alert | Alert |
| PUPIL R/L | =/R | =/R |
| MOTOR FUNCTION | PMS ⊕ x4 → | |
| SKIN | warm/dry → | |
| EKG | Normal Sinus | |
| O2 STA/GLUCOSE | 98%/102 → | |

### MEDS/TX

| | | |
|---|---|---|
| OXYGEN | RA | RA |
| IV1 FLUID/RATE | | |
| IV2 FLUID/RATE | | |
| DEFIB  T/A | | |
| MEDS  T/A | | |

TOTAL FLUID cc

CURRENT MEDICATIONS: Tylenol, Mobic, Albuterol, Zyrtec, Lopinavir/Ritonavir   ALLERGIES: PCN

### NARRATIVE / SUMMARY

PMHX/TX: Dispatched to evaluate offender 2° confrontation ē security. Upon arrival pt kneeling and fully restrained. pt voices Ø complaint. Denies pain. pt has small superficial abrasion just behind ® ear. Ø bleeding. examined arms, legs, chest and abd. Ø visible injury Ø bruising Ø swelling. pt moves extremities well. Denies head trauma Denies numbness or tingling. pt states he does not wish to be examined any further by medical staff (including MD) Does not request any further tx. abrasion cleansed ē sterile water and dry gauze to cover. pt request nothing further. Refused for any further treatment obtained ē signature of patient and witnessed by attending security officers. Refusal attached. Pt left in security custody. — Lt. Leclto —

EMT #1: L. Leclto   REG # P8645(0640   EMT #2: G. Dufour   REG # EMT-B

HCP# 513   REFERRAL# 520

Form HC-01-A
14 September 2009                    **Health Care Request Form**    Institution _____ 014641

_Russell Payton_ _296635_ _39_ _GAT-I-TR-R_ _C/O_
Name                  DOC #      Age      Housing        Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**
My Right arm is Nume, It Have No Feelings in It at all.

My Neck is, Hurting. In I Believe my Shoulder is out of place.

Healthcare Personnel Screening: Date: _5/2/11_ Time: _0550_ Location Seen: _Gar_

(Circle One):   Emergency / Routine Sick Call  Work Related Allergies: _PCN_

B/P _136/84_   Pulse _22_   Resp _14_   Temp _—_   Other _—_

Assessment/Comment: _as above claim in confrontation to see yesterday,_
_c/o ® shoulder pain neck pain + ® arm numbness and ② crepitus_
_noted to arm + shoulder PMS intact + pain on movement, neck_
_+ JVD or TD. Abrasions noted behind ② ear, FROM to neck-_
_PMS < 2, vitals as above sent to ATU for further eval + TX._

**Disposition:**

pnu # 26029

5/2/11 @ 0550

Cpt. Bradley

**New Medications Ordered:**
_____
_____
_____

                                    Total #: _____
Screener's Signature: _H. _____ #93_

**Health Care Practitioner Notes:**

                                    (—)

HCP's Signature: _M_  _5/2/11_   Date:

☒ No Fees  ☒ $3 Access Fee  ☒ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____   Total: $ _____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care
services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions
noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds
that and emergency does not exist, I may be given a disciplinary report for malingering.

_____ _296635_ _5/2/11_ _____
Offender Signature        DOC #        Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

Dental 2302

**ROBERT E. BARROW, JR. TREATMENT CENTER**
**ACCIDENT / INJURY REPORT**
**VITAL STATISTICS**

DATE: 5 / 2 / 11 TIME SEEN: 07 : 45

NAME: Russell Peyton DOC#: 296655 AGE: 39 RACE: B

LIVING QUARTERS: GC 1/R JOB ASSIGNMENT: L/L LAST TETANUS: ______

| MEDICATIONS: Kaletra Tablets, Trizivir, Zyrtec, [illegible] Motrin | ALLERGIES: PCN |
|---|---|

(2)

| DATE OF ACCIDENT: 5/1/2011 | TIME OF ACCIDENT: 17:10 | ACCIDENT LOCATION: CpC Tiger yard |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/SpO2 |
|---|---|---|---|---|---|---|
| 07:45 | 106/76 | 80 | 14 | Alert | 98.0 | 98% |
| 9:11 | 108/77 | 86 | 14 | " | | |
| 11:16 | 110/71 | 82 | 14 | " | | |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY, AND ASSESSMENT: Pt. Sent to ATU w/ Referral for an alleged Confrontation with security on 5/1/11 at 1710 pm Camp C Tiger yard. Pt. states [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] been coughing up blood [illegible] [illegible] [illegible] [illegible] [illegible]

MEDIC SIGNATURE: [signature] #525

**PHYSICIAN ASSESSMENT AND TREATMENT** MD [illegible]

☐**CATEGORY A** ☐**CATEGORY B** ☐**CATEGORY C**

***SEE DEFINITIONS ON THE BACK OF THIS SHEET FOR EXPLANATION OF CATEGORY***

Skull / C Spine
(Rt) Rt Shoulder
elbow
Bilateral wrist
Bilateral ankles
ABD - flat [illegible]
Chest - [illegible]
[illegible] CBC Chem 14

- Dental Clinic called at 0[illegible] they will be able to see pt. once [illegible] completed at ATU for other injuries - per [illegible]

x-rays (R) (R) shoulder [illegible] wrists @ 10:25 [illegible]

[illegible] 1st degree AC separation (R) shoulder
Motrin 800mg TID x 10 days
Robaxin 500mg TID x 10 days

ordered @ 924 [illegible]

Cont [illegible] Camp C @ 1117

☐Duty Status ______ ☐Appointment ______
Diet ______ ☐Dressing Change ______

PHYSICIAN SIGNATURE: [signature]

| LEFT: 1117 | TRANSPORTATION: [illegible] | DESTINATION: R Ck |
|---|---|---|

Rev. 11/2006 ACCIDENT/INJURY REPORT PAGE 2 OF ___

PAGE 03/04 2255552290 08:18 07/07/2011

**DIAGNOSTIC RADIOLOGY**          **LOUISIANA STATE PENITENTIARY**
LSP-TCXR 02   Rev. 10/97          E. BARROW, JR. TREATMENT CENTER

| □ In-patient  ☑ Emerg. Room  □ Portable    ☑ Ambulatory    31 |
| □ Clinic     □ Isolation              □ Stretcher   □ Wheelchair |

NAME: _Russell Payton_

| Physician | | Date Exam Desired | Loc. Rm/Bed | Prev. X-Ray |
| Lawrence | | 5/2/11 | | □ Yes / □ No |

DOC#: _29626.35_

Diagnosis & Pertinent Clinical Information

LOCATION: _Gar 1/p_

AGE: _39_    RACE: _B_

| Exam Date | Exam Time |
| 5/2/11 | |

**Examination Desired**   ☑ X-Ray   □ Nuclear Medicine   □ Ultrasound

Skull, C-spine (R) shoulder + elbow, Bilat wrists + ankles,
ABD-flatplate, chest Add BS AC JTS w/wo

Technician Initials / Remarks   OC

**Radiologist Report**

Neg 5-2-11

| | |
| **Procedures Performed** | **Radiologists and Date** |

| 14 x 17 |
| 14 x 14 |
| 30 x 35 |
| 11 x 14 |
| 24 x 30 |
| 10 x 12 |
| 9 ½x9 ½ |
| 8 x 10 |
| 5 x 12 |
| Other |
| Total Used |

STAT/EMERGENCY □

# DIAGNOSTIC RADIOLOGY        LOUISIANA STATE PENITENTIARY
## ..E. BARROW, R. TREATMENT CENTER

| ☐ In-Patient  ☐ Isolation ☐ Clinic  ☐ Portable ☐ Emerg Room | ☐ Ambulatory ☐ Stretcher ☐ Wheelchair | | 31 | Name: | RUSSELL | PAYTON |
|---|---|---|---|---|---|---|

| Physician | Date Exam Desired | Loc. Rm/Bed | Prev X-Ray | DOC #: | 296635 |
|---|---|---|---|---|---|
| Dr. Roundtree | | | ☐ Yes ☐ No | Location: | HIC 4 |

Age: 38    Race: B

Diagnosis & Pertinent Clinical Information

Exam Date  7/12/2010

Exam Time

| Examination Desired | ☐ X-Ray  ☐ Nuclear Medicine  ☐ Ultrasound | Tech Initials & Remarks |
|---|---|---|
| | **Left Humerus** | DC |

**Radiologist Report**

Healing fracture of the left humerus again seen. There may be slightly more callous formation at the fracture site as compared with previous study of 05/12/2010. .

| Date of Dictation: | 7/17/2010 | Initials: | DC |
|---|---|---|---|
| | | Date of Transcription: | 7/19/2010 |

| Procedures Performed | Radiologist and Date |
|---|---|
| | Dr. Ted Collins |