# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                          : CIVIL ACTION
(DOC# 296635)
                                        : NUMBER 11-CV-00726 -JJB-CN
VERSUS
                                        : JUDGE JAMES J. BRADY

BURL CAIN, ET AL                        : MAGISTRATE JUDGE NOLAND

STATE OF LOUISIANA

PARISH OF EAST FELICIANA

## AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

### Robert Butler

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Louisiana Department of Public Safety

and as a Warden at Louisiana State Penitentiary in Angola, Louisiana.

2.

At the request of the Attorney General's Office I have reviewed inmate

Russell Payton Doc # 296635 claims in this lawsuit and the underlying ARP No.

LSP 2011-1324.

3.

On May 1, 2011 I was not involved in the incident at all.

1

Payton v. Cain  USM 11-00726
Exhibit 8

4.

I am the Warden over the camp and was notified of the incident.

5.

I did respond to the first step but it was signed off for me by Mike Mulkey, Colonel.

6.

Through investigations of what occurred on May 1, 2011, offender Payton stated that major Davis, Lt Savoy, Sergeant Franklin and Sergeant Woods used excessive force and brutality on him.

7.

The institutional records reflect on May 1, 2011 Offender Payton was issued a Disciplinary Report for contraband, defiance, and disobedience. The records further reflect that on May 4, 2011 you appeared before the Disciplinary Board offender Payton was found Guilty and sentenced accordingly.

8.

Lt. Savoy stated that while he was shaking down offender Payton he felt something in offender Payton's front right pocket.

9.

Lt. Savoy then ordered offender Payton to empty his pockets and at that time offender Payton fled from him.

10.

Lt Savoy then ordered you to stop and offender Payton continued to run

2

from him.

11.

Lt. Savoy then chased offender Payton and took him to the ground and Offender Payton refused Lt. Savoy's orders to stop resisting.

12.

Once Lt. Savoy restrained offender Payton he was able to retrieve a green leafy substance wrapped in clear plastic from offender Payton's left hand.

13.

The green Leafy substance was later tested and tested positive for THC and weighted 5.1 grams.

14.

Lt. Savoy further stated that offender Payton was escorted to Administrative Segregation where he refused medial treatment.

15.

Lt. Savoy denies offender Payton's statement that he cursed, punch and kicked offender Payton.

16.

The record also reflects that Major Davis, Sergeant Franklin and Sergeant Woods all deny Offender Paton's allegations and they stated that they never cursed, kicked, punch nor did they witness anyone else cursing, kicking or punching or abusing offender Payton.

17.

3

Offender Wood and Franklin also denied dragging offender Payton to Administrative Segregation.

18.

Institutional records also reflect that medical personnel arrived at Camp at 5:20 pm on May 1, 2011 and that offender Payton refused medical treatment but that on May 2, 2011 offender Payton was seen by Medical personnel.

19.

No evidence was found to support the allegations of Offender Payton and his request for Administrative Remedy was denied.

The above and foregoing information is true and correct to the best of my knowledge and belief.

_____
Robert Butler

**SWORN TO AND SUBSCRIBED** before me, this 14th day of May 2012, at Parish of East Feliciana, State of Louisiana.

Connie McCann #77912
EX-OFFICIO NOTARY PUBLIC

4