UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                           : CIVIL ACTION
(DOC# 296635)

                                         : NUMBER 11-CV-00726 -JJB-CN

VERSUS

                                         : JUDGE JAMES J. BRADY

BURL CAIN, ET AL                         : MAGISTRATE JUDGE NOLAND

STATE OF LOUISIANA

PARISH OF EAST FELICIANA

## AFFIDAVIT

**BEFORE ME,** the undersigned counsel, came and appeared:

### Daniel Davis

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Louisiana Department of Public Safety and as a Sergeant at Louisiana State Penitentiary in Angola, Louisiana.

2.

At the request of the Attorney General's Office I have reviewed inmate Russell Payton Doc # 296635 claims in this lawsuit and the underlying ARP No. LSP 2011-1324.

3.

On May 1, 2011 I only assisted Lt. Savoy with offender Payton after Lt. Savoy had restrained him.

1

Payton v. Cain  USM 11-00726
Exhibit 10

4.

At no time did I curse, punch or kick offender Payton nor did I witness Lt. Savoy or Sgt. Franklin or Sgt. Woods curse, punch or kick offender Payton.

5.

I did not at any time witness Sgt. Franklin and Sgt. Woods drag offender Payton to the Dungeon.

The above and foregoing information is true and correct to the best of my knowledge and belief.

Daniel Davis

**SWORN TO AND SUBSCRIBED** before me, this 16th day of May 2012, at Parish of East Feliciana, State of Louisiana.

Connie McCann #77912
EX-OFFICIO NOTARY PUBLIC

2

Louisiana State Penitentiary
Angola, Louisiana
ARP STATEMENT

ARP Number: 2011-1324                    Date: 7-5-2011

Inmate's Name and Number: Russell Payton # 296635

In response to ARP # 2011-1324, I, Major Davis have the following information to offer. At no time have I ever cursed, punched, or kicked offender Payton. At no time have I ever witnessed Lt. Savoy, Sgt. Franklin, or Sgt. Woods curse, punch, or kick offender Payton. At no time did I ever witness Sgt. Franklin and Sgt. woods drag offender Payton to the Dungeon. This is for your information.

Officer Signature: _____          Date: 7/5/11

Officer Name (print): Major Daniel Davis