## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                          : CIVIL ACTION
(DOC# 296635)

                                        : NUMBER 11-CV-00726 -JJB-CN

VERSUS

                                        : JUDGE JAMES J. BRADY

BURL CAIN, ET AL                        : MAGISTRATE JUDGE NOLAND

STATE OF LOUISIANA

PARISH OF EAST FELICIANA

## AFFIDAVIT

BEFORE ME, the undersigned counsel, came and appeared:

## JEFFERY FRANKLIN

who after being duly sworn, did depose and say that:

1.

I am currently employed by the Louisiana Department of Public Safety and as a Sergeant at Louisiana State Penitentiary in Angola, Louisiana.

2.

At the request of the Attorney General's Office I have reviewed inmate Russell Payton Doc # 296635 claims in this lawsuit and the underlying ARP No. LSP 2011-1324.

3.

On May 1, 2011 I only assisted Lt. Savoy with offender Payton after Lt. Savoy had restrained him.

1

Payton v. Cain   USM 11-00726
Exhibit 11

4.

At no time did I curse, punch or kick offender Payton nor did I witness Major Davis, Lt. Savoy or Sgt. Woods curse, punch or kick offender Payton.

5.

Also I did not at any time along with Sgt. Franklin, ever drag offender Payton to the Dungeon.

The above and foregoing information is true and correct to the best of my knowledge and belief.

_Jeffery Franklin_
JEFFERY FRANKLIN

**SWORN TO AND SUBSCRIBED** before me, this _16_ day of _May_ 2012, at Parish of East Feliciana, State of Louisiana.

_Connie McCann_ #77912
EX-OFFICIO NOTARY PUBLIC

2

Louisiana State Penitentiary
Angola, Louisiana
ARP STATEMENT

ARP Number: 2011-1324                                     Date: 7-5-2011

Inmate's Name and Number: Russell Payton # 296635

| In response to ARP # 2011-1324, I, Sgt. Franklin have the following information to offer. At no time did I ever curse, punch, or kick offender Payton. At no time did I ever witness Major Davis, Lt. Savoy, or Sgt. Woods curse, punch or kick offender Payton. At no time did I along with Sgt. Woods ever drag offender Payton to the dungeon. This is for your Information. |
| --- |

Officer Signature: _Jeffery Franklin_                Date: _7/5/11_

Officer Name (print): Jeffery Franklin