# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                         : CIVIL ACTION
DOC #296635
                                       : NUMBER 11-00726-JJB-DLD

VERSUS

                                       : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.                   : MAGISTRATE DOCIA DALBY

# Exhibit 29

Photo 12- Another view showing the
walk and metal detector.

# (Filed Under Seal)