## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                          : CIVIL ACTION
DOC #296635

                                        : NUMBER 11-00726-JJB-DLD

VERSUS

                                        : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.                    : MAGISTRATE DOCIA DALBY

# Exhibit 30

Photo 13 - Close view of metal detector.

# (Filed Under Seal)