# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                    : CIVIL ACTION
DOC #296635

                                  : NUMBER 11-00726-JJB-DLD

VERSUS

                                  : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.              : MAGISTRATE DOCIA DALBY

# Exhibit 32

Gate where offender came out on way to the yard,
and passing through metal detector on way to the yard.

# (Filed Under Seal)