## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                          : CIVIL ACTION
DOC #296635

                                        : NUMBER 11-00726-JJB-DLD

VERSUS

                                        : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.                    : MAGISTRATE DOCIA DALBY


# Exhibit  33

Photo 14- Photo of gate entrance to the yard after
passing through metal detector.

# (Filed Under Seal)