## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                     : CIVIL ACTION
DOC #296635

                                   : NUMBER 11-00726-JJB-DLD

VERSUS

                                   : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.               : MAGISTRATE DOCIA DALBY

# Exhibit 34

Photo 15 - Photo leading out to the yard.

# (Filed Under Seal)