# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                          : CIVIL ACTION
DOC #296635

                                        : NUMBER 11-00726-JJB-DLD

VERSUS

                                        : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.                    : MAGISTRATE DOCIA DALBY

# Exhibit 35

Photo 16 - Another view of the west yard.

# (Filed Under Seal)