UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                          : CIVIL ACTION
DOC #296635
                                        : NUMBER 11-00726-JJB-DLD
VERSUS
                                        : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.                    : MAGISTRATE DOCIA DALBY


# Exhibit  36

Photo 17 - Side view of the west yard area.

# (Filed Under Seal)