# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                    : CIVIL ACTION
DOC #296635

                                  : NUMBER 11-00726-JJB-DLD

VERSUS

                                  : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.              : MAGISTRATE DOCIA DALBY


# Exhibit  37

Photo 18 - Side view of the confrontation area.

# (Filed Under Seal)