UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                           : CIVIL ACTION
DOC #296635
                                         : NUMBER 11-00726-JJB-DLD

VERSUS

                                         : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.                     : MAGISTRATE DOCIA DALBY

# Exhibit 38

Photo 18 - Photo of James Savoy showing where the
confrontation took place with Offender Payton.

# (Filed Under Seal)