UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RUSSELL PAYTON                     : CIVIL ACTION
DOC #296635

                                   : NUMBER 11-00726-JJB-DLD

VERSUS

                                   : JUDGE JAMES J.BRADY

BURL N. CAIN, ET AL.               : MAGISTRATE DOCIA DALBY

# Exhibit 39

Photo 19 - Closer up view of where the confrontation
took place with Offender Payton.

# (Filed Under Seal)